```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.

                                        Case No. 20-cv-58-01-JD

<u>Charles A. DiDonato</u>

<u>JUDGMENT</u>

In accordance with the Order by District Judge Joseph A. DiClerico, Jr., dated February 24, 2020, judgment is hereby entered.

                                              By the Court:

                                              <u>/s/ Tracy A. Uhrin</u>
                                              Tracy A. Uhrin
                                              Chief Deputy Clerk

Date: February 24, 2020

cc:  Elizabeth Yu, Esq.
     Frances Cohen, Esq.
     Matthew C. Donahue, Esq.